IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**CHOON'S DESIGN LLC**,
a Michigan limited liability company,

      Plaintiff

v.

**ZENACON, LLC,**
a Florida limited liability company,
**STEVEN VERONA**, an individual, and
**GEEKY BABY, LLC,**
a Florida limited liability company,

      Defendants

**ZENACON, LLC**,
a Florida limited liability company, and
**GEEKY BABY, LLC,**
a Florida limited liability company,

      Third Party Plaintiffs

v.

**CHEONG CHOON NG**, an individual,

      Third Party Defendant.

Case No. 2:13-cv-13568-PJD-RSW

Hon. Patrick J. Duggan

## STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. L.R. 83.4, Defendant, Counterclaim Plaintiff and Third Party Plaintiff Geeky Baby, LLC ("Geeky Baby") makes the following disclosure.

Geeky Baby is not a subsidiary or affiliate of a publicly owned corporation.

There is not a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation.

DM2\4686387.1

**DUANE MORRIS** LLP

   */s/ Amy E. McCracken*
Amy E. McCracken (P44362)
Duane Morris LLP
190 S. LaSalle St., Suite 3700
Chicago, IL  60603
312-499-6700
aemccracken@duanemorris.com

Patrick D. McPherson
Christopher J. Tyson
Duane Morris LLP
505 9th Street N.W., Suite 1000
Washington, DC 20004
202-776-7800
pdmcpherson@duanemorris.com
cjtyson@duanemorris.com

*Attorneys for GEEKY BABY, LLC, a Florida limited liability company, ZENACON, LLC, a Florida limited liability company, and STEVEN VERONA, an individual*

Dated: January 13, 2014

DM2\4686387.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2014, I caused the foregoing to be filed and served upon all counsel of record, the following to get notice through the ECF system:

>Brian S. Tobin
>Steven C. Susser
>Carlson, Gaskey & Olds, P.C.
>400 W. Maple Rd.
>Suite 350
>Birmingham, MI 48009

>*/s/ Amy E. McCracken*
>Amy E. McCracken

DM2\4686387.1