## INDEX OF EXHIBITS

A.      July 19, 2013 Rainbow Loom article

B.      U.S. Trademark Registration No. 4345796

C.      Fun Loom website marketing

D.      Screenshot of Rainbow Loom on Zenacon website

E.      United States Patent No. 8,485,565

F.      United States Design Patent No. D696,576

G.      Fun Loom instruction manual