# EXHIBIT A



Collections • Summer

# Rainbow Loom is summer's cool craft

7 Like　0　Tweet　0　@

Ads by Google



Haley Short, 11, works on the Rainbow Loom at Learning Express in Havertown. The kit, with instructional book, costs $16.99.



GALLERY: Weaving rubber bands on the Rainbow Loom, and finished… (AKIRA SUWA…)

Ads by Google

**By Jessica Pasquarello, For The Inquirer**
**POSTED:** July 19, 2013

First there were slap bracelets, then friendship wristlets and Silly Bandz, and now comes the newest youth accessory obsession, the Rainbow Loom. It differs from its predecessors in that kids can express their creativity by forming the colorful rubber-band bracelets themselves.

"We are selling the Rainbow Loom like crazy!" says Christine Gorham, owner of Cherry Hill's Sweet & Sassy. The summer obsession, also sold at Learning Express, Michaels, Hallmark, and various independently owned toy stores as well as online, is flying off shelves so quickly that stores can't keep them in stock for long.

And while kids aren't usually eager to be in a classroom during summer, they eagerly fill up the many Rainbow Loom instructional classes being offered in the region.

"It's kind of fascinating seeing the patterns and designs that I can make," says Peter Leibrandt, 10, of Havertown, explaining the popularity of Rainbow Looms, a simple concept using rubber bands to create bracelets, rings, necklaces, and, in the cases of some young experts, even handbags, shoes, jump ropes, hats, and iPod cases

At Learning Express Toys in Havertown, eight free instructional classes are held each week, available for both Rainbow Loom novices and advanced aficionados. Girls and boys hone their bracelet-making skills while bonding with fellow Loom-lovers.

"They teach how to make different kinds of bracelets that you can only learn here," says Daniel Teti, 10, of Drexel Hill.

"I love seeing how colors look together," adds Haley Short, 11, of Ardmore.

Parents also welcome the fad, says Allyson Smith, mother of 6-year-old daughter Slone. She says she's "happy to buy" her kids

**We Recommend**

Trying To Preserve An Art Form Sales To Help Kenyan Women Who Made Crafts
March 8, 1987

Escaping The Inner-city Summer Camp, Spared Budget Ax, Is Breath Of Fresh Air
August 27, 1989

High schoolers reach out to Camden youngsters
August 9, 2013

West Philadelphia park event celebrates back to school
August 21, 2012

**Find More Stories About**

Summer

Havertown



something that involves thinking and doing. Moms nearby echoed that, saying they preferred the craft over buying mindless toys or video games. Jean Tryson, grandmother of Daniel Teti and his sister, Genevieve, 6, added that the Rainbow Loom "benefits hand-eye coordination and concentration."

Rich Gordon, Havertown's Learning Express owner, says Loom-makers find the craft "purely engaging and only limited by imagination."

Although it may seem as if the Rainbow Loom is a craze that appeared overnight, the sensation has been growing steadily in appeal since late 2012. Invented by Michigan resident Cheong-Choon Ng, the Rainbow Loom, Gordon says, has now "spread like wildfire throughout the country," especially with kids 5 to 15.

One need look no farther than the assortment of Loomers at the Havertown class, all proudly sporting their creations. Many claim to have made 50 bracelets, some having learned from the instructional book that comes with the $16.99 kit (refills cost $4 to $5) or watching tutorials on YouTube.com.

Jessica Wilding, a sixth grader from Springfield, gives most of her creations to family and friends. Peter Leibrandt and his classmates often offer their designs to teachers. Cay Scheuer, one of the instructors of the Rainbow Loom classes in Havertown, says she frequently hears stories of children who sell their creations and donate the proceeds to charity.

But parents seem to be the main beneficiaries.

Ads by Google

**Fully Liquid**
2 - 3% Yield* Guaranteed Principal
FixedAnnuityRates.net

**Subaru XV Crosstrek™**
Official site of the XV Crosstrek See Photos, Videos and Specs Today.
www.Subaru.com/Crosstrek-XV

## FEATURED ARTICLES



**Convicted Delaware killer Capano dies in prison**



**Reelz naming agent as JFK's killer**



**Thomas Fitzgerald: Corbett is not the only governor in trouble**

### More:

- Green coffee bean diet may work
- 'Rock of Ages' song list
- Eagles never really dealt with Riley Cooper problem
- Inside the Phillies: Phillies owe Manuel an answer now on his future
- Square peg in a square hole?
- Date set for appeal of convicted priest's conviction

Index by Keyword | Index by Date | About Philly.com | Contact Us | Terms of Use & Privacy Statement | Copyright 2013