# EXHIBIT B

# United States of America
## United States Patent and Trademark Office

# RAINBOW LOOM

| | |
|---|---|
| **Reg. No. 4,345,796** | CHOON'S DESIGN LLC (MICHIGAN LIMITED LIABILITY COMPANY)<br>44926 PAINE DRIVE |
| **Registered June 4, 2013** | NOVI, MI 48377 |
| **Int. Cl.: 28** | FOR: HOBBY CRAFT KITS, NAMELY, KITS COMPRISED OF FLEXIBLE RUBBER BANDS, LOOMS AND A HOOK, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50). |
| **TRADEMARK** | FIRST USE 9-21-2012; IN COMMERCE 9-21-2012. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LOOM", APART FROM THE MARK AS SHOWN. |
| | SER. NO. 85-707,396, FILED 8-19-2012. |
| | ALICE BENMAMAN, EXAMINING ATTORNEY |



Acting Director of the United States Patent and Trademark Office