# EXHIBIT C



HOME | MY ACCOUNT | GIFT CERTIFICATES | SIGN IN OR CREATE AN ACCOUNT | VIEW CART

SEARCH FOR A PRODUCT

RUBBER BANDS | BRACELET CHARMS | FUNLOOM BRACELET KIT | HOW-TO VIDEOS | RETAILER INQUIRIES | CONTACT US

Home › FunLoom Bracelet Kit › "Basic" FunLoom Rubber Band Bracelet Kit 1 Loom and 300 Bands





# "BASIC" FUNLOOM RUBBER BAND BRACELET KIT 1 LOOM AND 300 BANDS

$14.95

SKU:
5129

Weight:
N/A

Recommend   2 people re**Add to wishlist**

## PRODUCT DESCRIPTION

Simply the best loom available for making rubber band bracelets and other fun stuff! 4 rows of pins so you can create more designs. Easier to use with wider spacing, smooth edges, wider head to better hold the rubber bands, larger hook tool to hold more bands and keep them from slipping off the tool, and designed so you can attach as many FunLooms together as you wish to make longer and wider designs. It's simply the best loom available!

Comes with 1 loom, 1 hook, 300 bands, and Super Clips.

Currently Out Of Stock. Please check with your favorite independent toy store for availability.

## FIND SIMILAR PRODUCTS BY CATEGORY

## PRODUCT REVIEWS

## CUSTOMERS WHO VIEWED THIS PRODUCT ALSO VIEWED



FunLoom Rubber Band Bracelet Loom
$11.95



Black FunLoom Rubber Bands
$2.49

ADD TO CART



Sparkly Pink FunLoom Rubber Bands
$3.99

ADD TO CART



Super C Clips by FunLoom
$3.99

## CATEGORIES

Rubber Bands
Bracelet Charms
FunLoom Bracelet Kit

## SIGN UP TO OUR NEWSLETTER

Your Name:

Your Email:

Connect with us:

---

HOME | HOW-TO VIDEOS | RETAILER INQUIRIES | CONTACT US

All prices are in USD. Zenacon LLC Patents Pending. FunLoom is a Trademark of Zenacon LLC. Rainbow Loom is a Trademark of Choon Design LLC.
Copyright 2013 FunLoom!! Rubber Band Bracelet Supplies

Shipping & Returns | Privacy & Terms | Sitemap |



| HOME | MY ACCOUNT | GIFT CERTIFICATES | SIGN IN OR CREATE AN ACCOUNT | VIEW CART | SEARCH FOR A PRODUCT |

RUBBER BANDS   BRACELET CHARMS   FUNLOOM BRACELET KIT   HOW-TO VIDEOS   RETAILER INQUIRIES   CONTACT US

Home  Rubber Bands  Black FunLoom Rubber Bands
Home  Rubber Bands  Black FunLoom Rubber Bands



  

Pin it

# BLACK FUNLOOM RUBBER BANDS

## $2.49

**SKU:**
5006

**Weight:**
0.10 LBS

**Shipping:**
Calculated at checkout

Recommend   One person recommends this.

**Quantity:**
1

**ADD TO CART**   Add to wishlist

### PRODUCT DESCRIPTION

FunLoom Rubber Bands are extremely high quality 100% silicone and latex-free. They feature bright and shiny colors and work great with both the FunLoom and the Rainbow Loom. 100 bands per package plus 5 clasps.

### FIND SIMILAR PRODUCTS BY CATEGORY

### PRODUCT REVIEWS

## CUSTOMERS WHO VIEWED THIS PRODUCT ALSO VIEWED



"Basic" FunLoom Rubber Band Bracelet Kit 1 Loom and 300 Bands
$14.95



Blue FunLoom Rubber Bands
$2.49

ADD TO CART



Glow In The Dark Purple FunLoom Rubber Bands
$3.99

ADD TO CART



FunLoom Rubber Band Bracelet Loom
$11.95

## CATEGORIES

Rubber Bands
Bracelet Charms
FunLoom Bracelet Kit

## SIGN UP TO OUR NEWSLETTER

Your Name:

Your Email:

Connect with us:

HOME | HOW-TO VIDEOS | RETAILER INQUIRIES | CONTACT US

All prices are in USD. Zenacon LLC Patents Pending. FunLoom is a Trademark of Zenacon LLC. Rainbow Loom is a Trademark of Choon Design LLC. Copyright 2013 FunLoom!! Rubber Band Bracelet Supplies .

Shipping & Returns | Privacy & Terms | Sitemap |

Super C Clips by FunLoom - FunLoom! Rubber Band Bracelet Supplies    Page 1 of 1

2:13-cv-13568-PJD-RSW   Doc # 35-4   Filed 01/31/14   Pg 6 of 6   Pg ID 863



| HOME | MY ACCOUNT | GIFT CERTIFICATES | SIGN IN OR CREATE AN ACCOUNT | VIEW CART | SEARCH FOR A PRODUCT |

RUBBER BANDS   BRACELET CHARMS   FUNLOOM BRACELET KIT   HOW-TO VIDEOS   RETAILER INQUIRIES   CONTACT US

Home   Rubber Bands   Super C Clips by FunLoom



## SUPER C CLIPS BY FUNLOOM

### $3.99

**SKU:**
5143

**Weight:**
N/A

Recommend   Be the first to recommend this.   Add to Wishlist

### PRODUCT DESCRIPTION

Super C Clips are slightly larger than the old designs from other companies making them easier to work with and hold more rubber bands. 25 Super C Clips per package.

Currently Out Of Stock. Please check with your favorite independent toy store for availability.

### FIND SIMILAR PRODUCTS BY CATEGORY

### PRODUCT REVIEWS

## CUSTOMERS WHO VIEWED THIS PRODUCT ALSO VIEWED



Glow In The Dark Purple FunLoom Rubber Bands
$3.99

ADD TO CART



FunLoom Rubber Band Bracelet Loom
$11.95



Mixed Colors FunLoom Rubber Bands
$2.49

ADD TO CART



Sparkly Pink FunLoom Rubber Bands
$3.99

ADD TO CART

### CATEGORIES

Rubber Bands
Bracelet Charms
FunLoom Bracelet Kit

### SIGN UP TO OUR NEWSLETTER

Your Name:

Your Email: