# EXHIBIT F

# (12) United States Design Patent
Ng

(10) Patent No.: **US D696,576 S**
(45) Date of Patent: ** Dec. 31, 2013

(54) **CLIP FOR SECURING ELASTIC BANDS**

(76) Inventor: **Cheong Choon Ng**, Novi, MI (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/427,171**

(22) Filed: **Jul. 16, 2012**

(51) LOC (9) Cl. ............................................. 08-08
(52) U.S. Cl.
    USPC ..................................................... **D8/394**
(58) **Field of Classification Search**
    USPC ............ D8/354, 356, 371, 394–396; D19/65,
         D19/86; D24/128; 248/74.2, 215, 227.1, 49,
         248/300, 301, 316.7, 51, 489; 24/570, 3.12;
         D32/61; D11/78.1
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,020,963 A | * | 3/1912 | Cake .................................. 24/18 |
| 2,707,052 A | * | 4/1955 | Brown ............................. 211/65 |
| 3,758,923 A | * | 9/1973 | Maude ............................. 24/556 |
| 3,853,021 A | * | 12/1974 | Hayes .......................... 74/568 R |
| D248,347 S | * | 7/1978 | McCollum ..................... D6/552 |
| 5,331,725 A | * | 7/1994 | Chou ............................... 24/545 |
| D389,050 S | * | 1/1998 | Li ................................... D8/395 |
| 5,888,392 A | * | 3/1999 | Frizell ............................ 210/238 |
| D426,425 S | * | 6/2000 | Hermanski ..................... D7/400 |
| D478,738 S | * | 8/2003 | Workman ....................... D6/418 |
| D552,463 S | * | 10/2007 | French et al. .................. D8/395 |
| D578,383 S | * | 10/2008 | Adams ........................... D8/395 |
| D608,189 S | * | 1/2010 | Jackson et al. ................. D8/395 |
| D690,191 S | * | 9/2013 | Takakuwa et al. ............. D8/396 |
| 2007/0114340 A1 | * | 5/2007 | Adams ............................ 248/72 |

* cited by examiner

*Primary Examiner* — John Windmuller
(74) *Attorney, Agent, or Firm* — Carlson, Gaskey & Olds P.C.

(57) **CLAIM**

I claim the ornamental design for a clip for securing elastic bands, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the clip for securing elastic bands.
FIG. **2** is a front view of the clip.
FIG. **3** is a side view of the clip.
FIG. **4** is a back view of the clip.
FIG. **5** is another side view of the clip.
FIG. **6** is a bottom view of the clip; and,
FIG. **7** is a top view of the clip.

**1 Claim, 1 Drawing Sheet**




