# EXHIBIT G

## FunLoom Instructions

**FunLoom™**
Load it, Loom it, Love it!

Please read all warnings before using the FunLoom and any FunLoom accessories. These instructions will cover the basic use of the FunLoom to make simple rubber band bracelets. Please visit www.funloom.com for more advanced patterns that can be created with your FunLoom. Please note that instructions for other rubber band looms can also be used with your FunLoom.

1.  2. 

Using your FunLoom is as simple as 1, 2, 3.

1. Make sure when you are looking at your FunLoom that the pins look like the letter "u" with the opening of the pin away from you. Stretch one band from the closest pin to you in the second row over to the post to the left and above the first post. Now start with the post on the left that you just put the band onto and place another band over that pin and stretch it over the pin to the right and above to start making a zig zag pattern. Repeat these steps until the entire loom is loaded with rubber bands.

3.  4. 

2. Turn around your FunLoom so the opening of the pin is towards you. Take your hook and grab the second rubber band, pull it up through the next band and hook it onto the next pin. See pictures. Repeat until you have hooked all of your bands.

3. Slide a C-Clasp onto the last rubber band that you hooked and then remove the bands from the FunLoom. Slide the rubber band at the other end into the C-Clasp to hold your bracelet together.

5.  6. 

For more creations and more fun, you are able to attach two or more FunLooms together. The FunLoom is designed so you can attach as many looms together as you wish. You can slide them together end-to-end to make longer chains or slide them together side-by-side to make wider designs. The interlocking tabs will keep the FunLooms aligned, but it is best to keep them on a table for stability.

Instruction videos can be found on our website www.FunLoom.com.

Follow us on Twitter @FunLoom and Like us on Facebook to find out about new products and contests you can enter for fabulous prizes!

7.  8. 

Warning: The FunLoom is not for children under the age of 6 due to choking hazards from the rubber bands and the C-Clasps. Edges of the FunLoom and the Hook tool may be sharp and may injure you. Never wear a FunLoom design around your neck. When wearing your FunLoom designs, make sure they fit loose so they do not cut off circulation or cause irritation.