...

## **INDEX OF EXHIBITS**

A. U.S. Patent No. 8,485,565

B. Copies of a few of the published articles re Rainbow Loom®

C. E-mail chain between Mr. Ng and a Mr. Jeff Osnato, a buyer for Toys "R" Us

D. Toys "R" Us hottest toy list

E. Advertisement for Toys "R" Us in-store classes