# EXHIBIT C

| From: | choon |
|---|---|
| To: | Osnato, Jeff |
| Subject: | Re: Fwd: Thank you! |
| Date: | Friday, July 26, 2013 5:22:14 AM |
| Attachments: | US8485565.pdf |

Jeff,
Does FOA Toy has more than 25 franchised stores?
BTW, attached is Rainbow Loom utility patent that just published on 7/16.
Thanks,
Choon.

```
Choon's Design LLC
48813 West Road
Wixom, MI 48393
Tel1: (248) 924-3151
Tel2: (248) 924-3257
Fax: (248) 773-7486
email: contact@rainbowloom.com (for wholesale retailers)
Rainbow Loom is a registered trademark under Choon's Design LLC
US and international (including China) patents pending
```
On 7/23/2013 6:03 PM, Osnato, Jeff wrote:

> Thanks Choon, its great talking to you! Let's keep our great discussions open.
>
> Hey I had an idea, do you think FAO Toy Store is considered specialty store? We own FAO and though that maybe we could ship there??
>
> Thank you,
>
> Jeff
>
> ---
>
> **From:** choon [mailto:choon@rainbowloom.com]
> **Sent:** Tuesday, July 23, 2013 4:58 PM
> **To:** Osnato, Jeff
> **Subject:** Re: Fwd: Thank you!
>
> Hi Jeff,
>
> I'm not able to get an agreement from Michael's regarding selling other bracelet making tools to another major retailer, because they are still committing to selling Rainbow Loom products only.
> I don't see a value to meet right away.
> Let's keep in touch.
> Thanks,
> Choon.
>
> ```
> Choon's Design LLC
> 48813 West Road
> Wixom, MI 48393
> Tel1: (248) 924-3151
> Tel2: (248) 924-3257
> Fax: (248) 773-7486
> email: contact@rainbowloom.com (for wholesale retailers)
> Rainbow Loom is a registered trademark under Choon's Design LLC
> US and international (including China) patents pending
> ```
> On 7/23/2013 3:30 PM, Osnato, Jeff wrote:
> > Thanks Choon, I would really appreciate if you could come in a visit us next week?
> >
> > Can we set up a meeting for you to come in?
> >
> > Jeff

973-617-8930

---

**From:** choon [mailto:choon@rainbowloom.com]
**Sent:** Tuesday, July 23, 2013 3:28 PM
**To:** Osnato, Jeff
**Subject:** Re: Fwd: Thank you!

Jeff,
It was nice talking to you yesterday.
Thanks,
Choon.


```
Choon's Design LLC
48813 West Road
Wixom, MI 48393
Tel1: (248) 924-3151
Tel2: (248) 924-3257
Fax: (248) 773-7486
email: contact@rainbowloom.com (for wholesale retailers)
Rainbow Loom is a registered trademark under Choon's Design LLC
US and international (including China) patents pending
```
On 7/23/2013 11:38 AM, contact_rainbowloom wrote:


-------- Original Message --------
**Subject:** Thank you!
    **Date:** Mon, 22 Jul 2013 17:47:46 -0400
    **From:** Osnato, Jeff <Jeff.Osnato@toysrus.com>
        **To:** <twistzbandz@yahoo.com>

---

===============================================================

This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized review,
use, disclosure
or distribution is prohibited. If you are not the intended recipient,
please contact
the sender by reply email and destroy all copies of the original
message. To reply to our
email administrator directly, send an email to
EmailAdmin@toysrus.com. Toys "R" Us, Inc.

---

===============================================================

This email message is for the sole use of the intended recipient(s) and may contain

confidential and privileged information. Any unauthorized review, use, disclosure
or distribution is prohibited. If you are not the intended recipient, please contact
the sender by reply email and destroy all copies of the original message. To reply
to our
email administrator directly, send an email to EmailAdmin@toysrus.com. Toys

"R" Us, Inc.

---

==========================================================
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized review, use, disclosure
or distribution is prohibited. If you are not the intended recipient, please contact
the sender by reply email and destroy all copies of the original message. To reply to our
email administrator directly, send an email to EmailAdmin@toysrus.com. Toys "R" Us, Inc.