# EXHIBIT D



2:13-cv-13568-PJD-RSW   Doc # 36-5   Filed 01/31/14   Pg 3 of 4   Pg ID 938




























Email Sign Up



## YOUR ORDER

- Track My Order
- Returns
- Cancellations
- Create a Pre-Paid Return Label
- Layaway Program

## HELP

- ''R'' Us Credit Card
- Rewards"R"Us
- Product Recalls
- Shipping & Delivery
- Payment Options
- Contact Us
- Layaway
- Pricematch

## GIFT SERVICES

- Gift Cards
- Gift Card Redemption
- Gift Wrap
- Gift Finder

## ABOUT US

- Company Info
- Careers
- News/Press Room
- Affiliate Program
- Our Supply Chain

## TOP SEARCHES

LEGO
Frozen
Doc McStuffins
Xbox One
PS4
LEGO Friends
Nerf
Barbie
Monster High
Skylanders

## WHAT'S HOT

Wish List
Tabeo Kids Tablet
Savings Center
Weekly Ads
Great Deals
Clearance
Video Gallery

## TOP CATEGORIES

Kitchens
Remote Control
Bikes
Trains
Dolls & Stuffed Animals
Apple
Dollhouses & Accessories
Board Games
Scooters

## BUZZ

In-Store Events
Differently Abled Toy Guide

- 

Select a site

© 2014 Geoffrey, LLC. All Rights Reserved. Use of this site signifies your acceptance of Toys"R"Us Website Terms and Conditions and Privacy Policy.