# EXHIBIT E





CHOOSE MY STORE

Baby Registry    Wish List    Rewards"R"Us    Geoffrey's Birthday Club    Store Locator    Cart 0

Search by keyword or #R"Web#

| Category | Age | Boys' Toys | Girls' Toys | Character/Theme | Brand | Hot Deals | Clearance |

why ▸



| find a store ▸ | view Babies"R"Us in-store events ▸ |



**THe CRaZe is HeRe!**

Join "Us" for a FREE Cra-Z-Loom Bracelet Making Event!*
Make your own trendy bracelet & take it home with you...plus, share your #crazloom creation with us @toysrus on Instagram!

**Every Saturday, Aug. 24 - Oct. 26 from 10am to 12pm**

Pick up the Shimmer 'n Sparkle Cra-Z-Loom Bracelet Maker & others to continue the fun at home!