IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**CHOON'S DESIGN LLC**,
a Michigan limited liability company,

      Plaintiff

v.

**ZENACON, LLC**,
a Florida limited liability company,
**STEVEN VERONA**, an individual, and
**GEEKY BABY, LLC,** a Florida limited
liability company,

      Defendants

Case No. 2:13-cv-13568-PJD-RSW

Hon. Patrick J. Duggan

**ZENACON, LLC**,
a Florida limited liability company,
**GEEKY BABY, LLC**,
a Florida limited liability company,

      Third Party Plaintiffs

v.

**CHEONG CHOON NG**, an individual,

      Third Party Defendant.

## JOINT IDENTIFICATION OF MEDIATOR

As anticipated in the case summary, the parties have now conferred, and selected an agreeable mediator. The parties have identified Richard Grauer of Huntington Woods, MI. The case summary anticipates the potential for mediation in late March or early April. Notably, Plaintiff does not feel the case is ripe for mediation at this point. However, if the parties do proceed with the discovery that is outstanding, the case may then be ripe for mediation.

Defendants disagree with Plaintiff, and believe that this case is ripe for mediation. Indeed, Defendants have filed a Motion to Stay all pending and future discovery in this case, except for the Court's ordered deadlines related to case facilitation, pending resolution of a Inter Partes Review of the patent-in-suit filed by LaRose Industries, LLC. (D.I. 27) Defendants have informed Plaintiff that they may agree to informally exchange information for the purpose of facilitating the mediation while the case is stayed. Defendants intend to work with Plaintiff and Mr. Grauer to schedule and complete mediation expeditiously while the case is stayed.

Respectfully submitted

Dated: January 31, 2014  **CARLSON, GASKEY & OLDS, P.C.**

/s/ Brian S. Tobin
Theodore W. Olds, III (P42004)
John M. Siragusa (P62573)
Brian S. Tobin (P67621)
400 W. Maple, Suite 350
Birmingham, Michigan 48009
Telephone: (248) 988-8360
Email: tolds@cgolaw.com
       jsiragusa@cgolaw.com
       btobin@cgolaw.com

Dated: January 31, 2014  **DUANE MORRIS LLP**

/s/ Amy E. McCracken
Amy E. McCracken (P44362)
Duane Morris LLP
190 S. LaSalle St., Suite 3700
Chicago, IL 60603
312-499-6700
aemccracken@duanemorris.com

2

Patrick D. McPherson
Christopher J. Tyson
Duane Morris LLP
505 9th Street N.W., Suite 1000
Washington, DC 20004
202-776-7800
pdmcpherson@duanemorris.com
cjtyson@duanemorris.com

*Attorneys for GEEKY BABY, LLC, a Florida limited liability company, ZENACON, LLC, a Florida limited liability company, and STEVEN VERONA, an individual*

3

## **CERTIFICATE OF SERVICE**

I certify that on January 31, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

**CARLSON, GASKEY & OLDS, P.C.**

/s/ Brian S. Tobin
Brian S. Tobin (P67621)
400 W. Maple, Suite 350
Birmingham, Michigan  48009
Telephone:  (248) 988-8360
Email: btobin@cgolaw.com