# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **CHOON'S DESIGN LLC,** | **CIVIL ACTION NO. 2:13-cv-13568 (PJD)(RSW)** |
| Plaintiff, | |
| v. | **Hon. Patrick J. Duggan** |
| **ZENACON, LLC, STEVEN VERONA, and GEEKY BABY, LLC** | **Executive Magistrate Judge R. Steven Whalen** |
| Defendants | |

## APPEARANCE

TO:   CLERK OF THE COURT

Please enter the Appearance of Patrick B. Green of Dickinson Wright PLLC as counsel for non-party Toys "R" Us, Inc. in the above-captioned action.

DICKINSON WRIGHT PLLC

By:  /s/ Patrick B. Green
L. Pahl Zinn (P57516)
Patrick B. Green (P68759)
DICKINSON WRIGHT PLLC
500 Woodward Avenue Suite 4000
Detroit, MI 48226-3425
Telephone: (313) 223-3500
pgreen@dickinsonwright.com

Ralph W. Selitto, Jr.
Joseph Agostino
William Stroever
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, NJ 07932
Telephone: (973) 443-3572

*Counsel for Toys "R" Us – Delaware, Inc.*

# NOTICE

TO:   COUNSEL OF RECORD

PLEASE TAKE NOTICE that Patrick B. Green of Dickinson Wright PLLC has entered his appearance in the above-entitled cause of action as counsel for non-party Toys "R" Us, Inc..

DICKINSON WRIGHT PLLC

By: /s/ Patrick B. Green
L. Pahl Zinn (P57516)
Patrick B. Green (P68759)
DICKINSON WRIGHT PLLC
500 Woodward Avenue Suite 4000
Detroit, MI 48226-3425
Telephone: (313) 223-3500
pgreen@dickinsonwright.com

Ralph W. Selitto, Jr.
Joseph Agostino
William Stroever
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, NJ 07932
Telephone: (973) 443-3572

*Counsel for Toys "R" Us – Delaware, Inc.*

## CERTIFICATE OF SERVICE

I certify that on February 24, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

/s/ Patrick B. Green
Patrick B. Green
DICKINSON WRIGHT PLLC
500 Woodward Ave, Ste 4000
Detroit, MI 48226
Telephone: (313) 223-3500
pgreen@dickinsonwright.com