# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **CHOON'S DESIGN LLC,**<br><br>            **Plaintiff,**<br><br>v.<br><br>**ZENACON, LLC, STEVEN VERONA, and GEEKY BABY, LLC**<br><br>            **Defendants** | **CIVIL ACTION NO. 2:13-cv-13568 (PJD)(RSW)**<br><br>**Hon. Patrick J. Duggan**<br><br>**Executive Magistrate Judge R. Steven Whalen** |

### **APPEARANCE**

TO:    CLERK OF THE COURT

Please enter the Appearance of William Stroever of Greenberg Traurig, LLP as counsel for non-party Toys "R" Us, Delaware - Inc. in the above-captioned action.

                      GREENBERG TRAURIG, LLPC

                      By:  /s/ William Stroever
                      Ralph W. Selitto, Jr.
                      Joseph Agostino
                      William Stroever
                      200 Park Avenue
                      Florham Park, NJ 07932
                      Telephone: (973) 443-3572
                      jagostino@gtlaw.com

                      L. Pahl Zinn (P57516)
                      DICKINSON WRIGHT PLLC
                      500 Woodward Avenue Suite 4000
                      Detroit, MI 48226-3425
                      Telephone: (313) 223-3500
                      pzinn@dickinsonwright.com

                      Counsel for Toys "R" Us – Delaware, Inc.

# NOTICE

TO:   COUNSEL OF RECORD

PLEASE TAKE NOTICE that William Stroever of Greenberg Traurig, LLP has entered his appearance in the above-entitled cause of action as counsel for non-party Toys "R" Us, Delaware - Inc..

GREENBERG TRAURIG, LLPC

By:  /s/ William Stroever
Ralph W. Selitto, Jr.
Joseph Agostino
William Stroever
200 Park Avenue
Florham Park, NJ 07932
Telephone: (973) 443-3572
jagostino@gtlaw.com

L. Pahl Zinn (P57516)
DICKINSON WRIGHT PLLC
500 Woodward Avenue Suite 4000
Detroit, MI 48226-3425
Telephone: (313) 223-3500
pzinn@dickinsonwright.com

Counsel for Toys "R" Us – Delaware, Inc.

# CERTIFICATE OF SERVICE

I certify that on February 24, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

/s/ William Stroever
Ralph W. Selitto, Jr.
Joseph Agostino
William Stroever
GREENBERG TRAURIG, LLPC
200 Park Avenue
Florham Park, NJ 07932
Telephone: (973) 443-3572
jagostino@gtlaw.com