UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHOON'S DESIGN LLC,

    Plaintiff,                                      No. 13-13568

v.                                                  District Judge Patrick J. Duggan
                                                     Magistrate Judge R. Steven Whalen

ZENACON, LLC, ET AL.,

    Defendants.

_____/

## ORDER

    The parties having indicated at oral argument that Defendants' Motion for Protective Order Staying Discovery [Doc. #28] has been resolved in favor of a stay, said motion is GRANTED.

    Discovery in this case in STAYED pending a ruling on Defendants' motion to stay [Doc. #27].

    IT IS SO ORDERED.

Dated: February 27, 2014        s/R. Steven Whalen
                                           R. STEVEN WHALEN
                                           UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 27, 2014, electronically and/or by U.S. mail.

                                                          s/Michael Williams
                                                         Case Manager for the
                                                         Honorable R. Steven Whalen