UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHOON'S DESIGN LLC,

        Plaintiff,                              No. 13-13568

v.                                        District Judge Patrick J. Duggan
                                             Magistrate Judge R. Steven Whalen

ZENACON, LLC, ET AL.,

        Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on February 25, 2014, the orders as follows regarding the motion to quash subpoena filed by non-party Toys "R" US Delaware, Inc. ("Toys 'R' US")[Doc. #25]:

(1) The subpoena to Toys "R" US is STAYED pending a decision on Defendants' Motion to Stay Pending Inter Partes Review of the Patent-in-Suit [Doc. #27], filed on January 17, 2014.

(2) If the motion to stay [Doc. #27] is granted, decision on the present motion to quash subpoena will perforce be stayed.

(3) If the motion to stay [Doc. #27] is denied, or if any stay is eventually vacated, the substance of the present motion to quash is TAKEN UNDER ADVISEMENT, and the Court will issue a written decision.

IT IS SO ORDERED.

Dated: February 27, 2014                  s/R. Steven Whalen
                                                   R. STEVEN WHALEN
                                                   UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on February 27, 2014, electronically and/or by U.S. Mail.

                                            s/Michael Williams
                                            Case Manager for the
                                            Honorable R. Steven Whalen