IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**CHOON'S DESIGN LLC,**
a Michigan limited liability company,

       Plaintiff

v.

**ZENACON, LLC**, a Florida limited liability company,
**STEVEN VERONA**, an individual,
**GEEKY BABY, LLC**, a Florida limited liability company,
**IDEAVILLAGE PRODUCTS CORP.**, a New Jersey corporation

       Defendants

Case No. 2:13-cv-13568-LJM-RSW

Hon. Laurie J. Michelson

---

**ZENACON, LLC**, a Florida limited liability company, and
**GEEKY BABY, LLC**, a Florida limited liability company,

       Third-Party Plaintiffs

v.

**CHEONG CHOON NG**, an individual,

       Third-Party Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
FOR *MARKMAN* CLAIM CONSTRUCTION BRIEFING**

Defendant IdeaVillage Products Corp., Inc. ("Defendant") hereby moves to extend the time for *Markman* Claim Construction Briefing. Specifically, Defendant requests an extension of time for 1) the Cross Motions for Claim Construction; 2) the Responsive Claim Construction Briefs; and 3) submission of the Joint Claim Construction Chart.

Defendant now moves for a one-week extension of time, allowing the Cross Motions for Claim Construction deadline to be extended from June 29, 2015 to July 6, 2015, the Responsive Claim Construction Briefs deadline to be extended from July 13, 2015 to July 20, 2015, and the Joint Claim Construction Chart deadline to be extended from July 20, 2015 to July 27, 2015.

Plaintiff's counsel advises that Plaintiff does not oppose the requested extension of time, provided that the *Markman* Claim Construction Hearing remains scheduled for August 10, 2015 and all other deadlines provided in the Scheduling Order (ECF No. 141) are unaffected by the extension.

Respectfully submitted,

/s/ John S. Artz
John S. Artz (P48578)
Franklin M. Smith (P76987)
DICKINSON WRIGHT PLLC
2600 W. Big Beaver Road, Suite 300
Troy, Michigan 48084
(248) 433-7200
jsartz@dickinsonwright.com
fsmith@dickinsonwright.com

Dated: June 23, 2015         Attorneys for IdeaVillage, Products, Corp.

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2015, I electronically filed the foregoing

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR *MARKMAN* CLAIM CONSTRUCTION BRIEFING**

with the Clerk of the Court for the Eastern District of Michigan using the ECF System, which will send notification to all counsel of record.

/s/ Franklin M. Smith
Franklin M. Smith

2